[No. 66035-7-I.   Division One.   January 23, 2012.]

*In the Matter of the Parentage of* H.M.

GEORGE MORGAN, *Appellant,* v. MARIE MORGAN, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-3-01615-7, David A. Kurtz, J., entered September 3, 2010. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Lau, J.

[No. 66522-7-I.   Division One.   January 23, 2012.]

PERCY LEVY, *Appellant,* v. SNOHOMISH COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-07001-8, Ronald L. Castleberry, J., entered December 27, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Leach, J. Now published at 167 Wn. App. 94.

[No. 66572-3-I.   Division One.   January 23, 2012.]

*In the Matter of the Marriage of* ARADHNA LUTHRA, *Respondent,* and VIKAS LUTHRA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 09-3-04289-0, Deborah D. Fleck, J., entered December 22, 2010. *Affirmed in part* and *reversed in part* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Lau, J.